GARY M. RESTAINO
United States Attorney
District of Arizona
CRAIG H. RUSSELL
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: craig.russell@usdoj.gov
Attorneys for Plaintiff

FILED

2024 JAN 10 PM 12: 15

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-00166 TUC-RM(MSA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Manuel Marquez,

    Defendant.

**I N D I C T M E N T**

VIO: 18 U.S.C. § 554(a)
(Smuggling Goods from the United States)
Count 1

SEALED

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about November 8, 2022, in the District of Arizona, defendant MANUEL MARQUEZ, knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: a Browning M2 firearm, serial number 429745, and two Browning M2 firearms parts kits, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

All in violation of Title 18, United States Code, Section 554(a).

|   |   |
|---|---|
| | A TRUE BILL |
| | /s |
| | FOREPERSON OF THE GRAND JURY |
| | Dated: January 10, 2024 |
| GARY M. RESTAINO | |
| United States Attorney | REDACTED FOR |
| District of Arizona | PUBLIC DISCLOSURE |
| /s | |
| CRAIG H. RUSSELL | |
| Assistant U.S. Attorney | |